IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIONOGI INC. AND ANDRX LABS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LTD. and AUROBINDO PHARMA USA, INC., <br><br> Defendants. | C.A. No. 17-cv-00072-SLR |

## MOTION AND [PROPOSED] ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admissions *pro hac vice* of David B. Bassett, Vinita Ferrera, Jonathan B. Roses, and David P. Yin, of Wilmer Cutler Pickering Hale & Dorr LLP to represent Plaintiff Shionogi Inc. in the above-captioned matter. Pursuant to this Court's Standing Order effective March 25, 2014, I certify that the annual fee of $25.00 has been submitted for these applicants.

| | |
|---|---|
| Dated: August 14, 2017<br><br>OF COUNSEL:<br><br>David B. Bassett<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>250 Greenwich Street<br>New York, New York 10007<br>(212) 230-8800<br>David.Bassett@wilmerhale.com<br><br>Vinita Ferrera<br>Jonathan B. Roses<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>(617) 526-6000<br>Vinita.Ferrera@wilmerhale.com<br>Jonathan.Roses@wilmerhale.com<br><br>David P. Yin<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>1875 Pennsylvania Ave NW<br>Washington, D.C. 20011<br>(202) 663-6000<br>David.Yin@wilmerhale.com<br><br>*Attorneys for Plaintiffs Shionogi Inc.* | BAYARD, P.A.<br><br>*/s/ Stephen B. Brauerman*<br>Stephen B. Brauerman (No. 4952)<br>Sara E. Bussiere (No. 5725)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>sbussiere@bayardlaw.com<br><br>*Attorneys for Plaintiffs Shionogi Inc. and Andrx Labs, L.L.C.* |

**SO ORDERED** this __15th__ day of __August__, 2017.

_____
United States District Judge