IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIONOGI INC. AND ANDRX LABS, L.L.C., | ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 17-cv-00072-MSG |
| v. | ) ) ) |
| AUROBINDO PHARMA LTD. and AUROBINDO PHARMA USA, INC., | ) ) ) ) |
| Defendants. | ) |

### STIPULATION AND PROPOSED ORDER TO EXTEND TIME

WHEREAS, on July 24, 2017, Defendants filed an Answer, Affirmative Defenses and Counterclaims (D.I. 9) in response to Plaintiffs' Complaint (D.I. 1);

WHEREAS, on August 14, 2017, Plaintiffs' filed a Motion to Dismiss Defendants' Counterclaims (D.I. 12) (the "Motion to Dismiss");

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(1), Defendants intend to file amended counterclaims in response to the Motion to Dismiss, intended to render such motion moot and allow Plaintiffs to move, answer or otherwise respond to the amended counterclaims; and

WHEREAS, the parties have agreed, subject to the approval of the Court, that the time by which Defendants shall respond to the Motion to Dismiss shall be extended by approximately one week.

NOW THEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and Defendants, subject to the approval of the Court, that the date by which Defendants shall respond to Plaintiffs' Motion to Dismiss Defendants' Counterclaims (D.I. 12) shall be extended to September 6, 2017.

Dated: August 28, 2017

| | |
|---|---|
| BAYARD, P.A. | CONNOLLY GALLAGHER LLP |
| /s/ Stephen B. Brauerman | /s/ Arthur G. Connolly, III |
| Stephen B. Brauerman (#4952) | Arthur G. Connolly, III (#2667) |
| Sara E. Bussiere (#5725) | Ryan P. Newell (#4744) |
| 222 Delaware Avenue | Mary I. Akhimien (#5448) |
| Suite 900 | The Brandywine Building |
| Wilmington, Delaware 19899-5130 | 1000 West Street |
| (302) 655-5000 | Wilmington, DE 19801 |
| sbrauerman@bayardlaw.com | (302) 757-7300 |
| sbussiere@bayardlaw.com | aconnolly@connollygallagher.com |
| | rnewell@connollygallagher.com |
| Attorneys for Plaintiff | makhimien@connollygallagher.com |
| | Attorneys for Defendants |

**IT IS SO ORDERED** this 30th day of August, 2017.

_____
United States District Court